IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| GULF COAST RACING, LLC, *et al.*, | § § | |
| Plaintiffs, | § § | |
| v. | § § | 2:22-CV-146-Z |
| HORSERACING INTEGRITY & SAFETY AUTHORITY, INC., *et al.*, | § § § | |
| Defendants. | § § § | |

**ORDER**

Before the Court is parties' Joint Motion for Scheduling Order ("Motion") (ECF No. 21), filed on September 27, 2022. The Court **GRANTS** the Motion. Accordingly, it is **ORDERED** that

1. Plaintiff's Motion for Preliminary Injunction (ECF No. 7) is **WITHDRAWN** in favor of the schedule provided by this order.

2. All answer or response deadlines required by the Federal Rules of Civil Procedure or this Court's local rules are subsumed by the attached schedule. Defendants are relieved of any obligation to otherwise serve and file an answer to any operative complaint by any plaintiff or plaintiff-intervenor, unless there are claims that remain pending after the Court has ruled on all dispositive motions, in which case Defendants have 14 days after the Court has resolved all dispositive motions to answer any operative complaint.

3. Parties are granted leave to exceed the page limit for briefs related to their dispositive motions as listed for each brief in the schedule below.

4. Any party may subsequently move the Court to modify or extend a deadline or page limit for good cause shown or by agreement of the parties.

5. Parties are relieved of any obligation to meet and confer under Fed. R. Civ. P. 26(f) or exchange initial disclosures under Fed. R. Civ. P. 26(a).

6. The Court adopts the following briefing schedule:

| EVENT | DATE/DEADLINE | PAGE LIMIT (per brief) |
|---|---|---|
| FTC and Authority Defendants' **Responses to Texas's Motion to Intervene** (one brief each) | September 28, 2022 | As provided in the local rules |
| Texas's **Reply in Support of Motion to Intervene** | 14 calendar days after Responses to the Motion to Intervene are filed | As provided in the local rules |
| **Order** on Texas's Motion to Intervene | To be determined | N/A |
| Plaintiffs and Plaintiff-Intervenors (only if intervention is granted) file **Motions for Summary Judgment** | 30 calendar days after Order on Motion to Intervene | 50 pages |
| FTC and Authority Defendants file combined **Responses to Motions for Summary Judgment and Cross-Motions to Dismiss/Summary Judgment** (one brief each) | 45 calendar days after filing of Motions for Summary Judgment | 50 pages |
| Plaintiffs and Plaintiff-Intervenors (only if intervention is granted) file **combined Replies in Support of Motions for Summary Judgment and Responses to any Cross-Motions to Dismiss/Summary Judgment** (one brief each) | 45 calendar days after filing of Defendants' combined Cross-Motions/Responses | 50 pages |

| | | |
|---|---|---|
| FTC and Authority Defendants file combined **Reply in Support of their Motions to Dismiss/Cross-Motions for Summary Judgment** (one brief each) | 30 calendar days after filing of Plaintiffs' (and Plaintiff-Intervenors') combined Responses and Replies | 30 pages |

**SO ORDERED.**

September 30, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE